**No. 67288.**—Kaiser Reismann Corp. *v.* United States, protest 58/14889 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.,* and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 19, 1962

**No. 67289.**—Jarrell-Ash Co. *v.* United States, protests 60/19138 and 60/19151 (Boston).

Opinion by JOHNSON, J. In accordance with oral stipulation of counsel that the merchandise consists of aluminum rods, which are not electrodes for producing electric arc light, the claim of the plaintiff was sustained.